**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-7868**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL ANTONIO GOODMAN,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City. Terrence W. Boyle, District Judge. (CR-92-1-BO, CA-95-31-2-BO)

———————————

Submitted: April 15, 1996                Decided: April 29, 1996

———————————

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Michael Antonio Goodman, Appellant Pro Se. Fenita Talore Morris, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion for reconsideration of the order denying relief on his 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Appellant's motion to remand the case and affirm on the reasoning of the district court. <u>United States v. Goodman</u>, Nos. CR-92-1-BO; CA-95-31-2-BO (E.D.N.C. Oct. 12, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2